# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN SEIBEL, INDIVIDUALLY,
AND ON BEHALF OF, HIS MINOR
CHILD, REX SEIBEL, AND
MALEAH FLANAGAN

VERSUS

CATHY HOLMES, JOE HARTEAU,
ESURANCE PROPERTY AND
CASUALTY INSURANCE COMPANY,
AARON MUNRO, USAA CASUALTY
INSURANCE COMPANY AND XYZ
INSURANCE COMPANY

NO.  2022 CW 0393

**JULY 5, 2022**

---

In Re:  John Seibel, individually, and on behalf of, his minor child, Rex Seibel, and Maleah Flanagan, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2021-11694.

---

**BEFORE:  McCLENDON, LANIER, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court's January 19, 2022 judgment is a final, appealable judgment. See La. Code Civ. P. art. 1915(A). Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to the plaintiffs, John Seibel, individually and on behalf of his minor child, Rex Seibel, and Maleah Flanagan, pursuant to the notice of intent to apply for supervisory writs. See **In re Howard**, 541 So.2d 195 (La. 1989) (*per curiam*). In the event the relators seek to appeal the district court's judgment, they shall submit an order for appeal to the district court within fifteen days of this court's order.  Additionally, a copy of this court's order is to be included in the appellate record.

**PMc**
**WIL**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT